Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, L.L.C., JOHNSON RICE & COMPANY, L.L.C., ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>Defendants. | No. 2:25-cv-06869-SVW-PVC<br><br>**PLAINTIFF TRACY JOHNSON'S REQUEST FOR COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE**<br><br><u>CLASS ACTION</u><br><br>Judge: Stephen V. Wilson<br>Status Conference Date: September 15, 2025<br>Time: 1:30 p.m.<br><br>[Filed concurrently with Declaration of Laurence M. Rosen and Proposed Order] |

Laurence M. Rosen, Counsel for Plaintiff Tracy Johnson ("Plaintiff"), respectfully requests that the Court allow him to appear remotely for the September 15, 2025 Status Conference (the "Conference", Dkt. Nos. 16), should it proceed.

This action, which was filed on July 28, 2025, asserts claims under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Class") on behalf of persons or entities who purchased or otherwise acquired Sable Offshore Corp. ("Sable Offshore") securities between May 19, 2025 and June 3, 2025, inclusive (the "Class Period") and/or pursuant and/or traceable to Sable Offshore's May 21, 2025 secondary public offering. *See* Dkt. No. 1, at 2. As such, the action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z-1, et seq., 15 U.S.C. § 78u-4, et sq., pursuant to which the Court will appoint a lead plaintiff to act on behalf of the putative shareholder class.

On the same day as the action was filed, counsel for Plaintiff issued a notice pursuant to the PSLRA informing other putative class members of the opportunity to file motions (a) to be appointed lead plaintiff, to oversee and direct the prosecution of the action; and (b) to approve the lead plaintiff's choice of counsel (the "PSLRA Notice"). *See* 15 U.S.C. § 77z-1(a)(3)(A)&(B), 15 U.S.C. § 78u-4(a)(3)(A)&(B). The PSLRA Notice set a September 26, 2025 lead plaintiff

1

PLAINTIFF TRACY JOHNSON'S REQUEST FOR COUNSEL TO APPEAR REMOTELY
AT THE STATUS CONVERENCE
2:25-cv-06869-SVW-PVC

deadline, which is sixty days after the notice was issued. 15 U.S.C. § 77z-1(a)(3)(A)(i)(II), 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

Further, as a putative securities class action brought under the Securities Act and the Securities Exchange Act, discovery is stayed. The PSLRA provides that, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss[.]" 15 U.S.C. § 77z-1(b)(1), 15 U.S.C. § 78u-4(b)(1).

The lead plaintiff and the lead plaintiff's chosen counsel will prosecute this case. At this time, given that the lead plaintiff deadline is on September 26, 2025, there is no way for Plaintiff to know if Plaintiff will become the lead plaintiff, or if Plaintiff's chosen counsel, The Rosen Law Firm, P.A., will become lead counsel. As such, Plaintiff respectfully requests that the Conference be rescheduled until after the lead plaintiff has been appointed, and lead counsel has been approved.

Should the Court move forward with the Conference on September 15, 2025, at 1:30 P.M., Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear remotely, so as to avoid unnecessary additional fees and costs for traveling to the Court.

Further, on September 15, 2025, Laurence Rosen will be physically present in New York, New York due to another matter. Further, the attorney who will be assigned to this matter, Phillip Kim, is based in the Philadelphia area. His *pro hac vice* motion, Dkt. No. 17, is pending.

2

PLAINTIFF TRACY JOHNSON'S REQUEST FOR COUNSEL TO APPEAR REMOTELY
AT THE STATUS CONVERENCE
2:25-cv-06869-SVW-PVC

This request is supported by the Declaration of Laurence M. Rosen, which is contemporaneously submitted herewith.

Dated: September 11, 2025

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 11, 2025, I electronically filed the following **PLAINTIFF TRACY JOHNSON'S REQUEST FOR COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 11, 2025

4