Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, L.L.C., JOHNSON RICE & COMPANY, L.L.C., ROTH CAPITAL PARTNERS, L.L.C., and TUOHY BROTHERS INVESTMENT RESEARCH., INC.,<br><br>Defendants. | No. 2:25-cv-06869-SVW-PVC<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REQUEST FOR COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE**<br><br><u>CLASS ACTION</u><br><br>Judge: Stephen V. Wilson<br>Status Conference Date: September 15, 2025<br>Time: 1:30 p.m. |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REQUEST TO APPEAR REMOTELY AT THE STATUS CONFERENCE
2:25-cv-06869-SVW-PVC

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Tracy Johnson (Plaintiff"). I make this declaration in support of Movant's Request for Counsel to Appear Remotely at the Status Conference, scheduled for September 15, 2025, at 1:30 P.M. (the "Remote Appearance Request").

2.      This declaration is based on my own personal knowledge concerning the matters stated herein, unless otherwise stated, and I am willing and capable of testifying to these matters if called to do so.

3.      On July 28, 2025, this action was filed. Dkt. No. 1.

4.      The same day, counsel published a lead plaintiff notice, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which set a lead plaintiff deadline of September 26, 2025.

5.      Because the deadline is still pending, I have no way to know if Plaintiff will be appointed lead plaintiff, or if I will be lead counsel.

6.      Accordingly, the status conference should be rescheduled until after a lead plaintiff has been appointed, and lead counsel has been approved.

2

7. Should the Court move forward with an in-person conference on September 15, 2025, at 1:30 P.M., Plaintiff requests that Plaintiff's counsel be permitted to appear remotely at the hearing to avoid unnecessary additional fees, as well as costs for traveling to the Court incurred on behalf of Plaintiff.

8. On September 15, 2025, I will be physically present in New York, New York due to another matter.

9. Moreover, the other attorney at my firm assigned to this case, Phillip Kim (*pro hac vice* filed), will be in the Philadelphia area.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 11th day of September 2025.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REQUEST TO APPEAR REMOTELY AT THE STATUS CONFERENCE
2:25-cv-06869-SVW-PVC

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 11, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REQUEST TO APPEAR REMOTELY AT THE STATUS CONFERENCE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 11, 2025

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REQUEST TO APPEAR REMOTELY AT THE STATUS CONFERENCE
2:25-cv-06869-SVW-PVC