UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, L.L.C., JOHNSON RICE & COMPANY, L.L.C., ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>   Defendants. | No. 2:25-cv-06869-SVW-PVC |

**[PROPOSED] ORDER GRANTING PLAINTIFF TRACY JOHNSON'S REQUEST FOR COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE**

This matter came before the Court by Plaintiff Tracy Johnson's ("Plaintiff")

Request for Plaintiff's counsel to appear remotely at the status conference, which

is currently set for 1:30 p.m. on September 15, 2025. The request is supported by

Mr. Rosen's Declaration. Based on the Plaintiff's request, Mr. Rosen's

Declaration, and for the good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's counsel may appear remotely for

the status conference, currently set for September 15, 2025,

SO ORDERED:

Dated    _____        _____
                                HON. STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE