UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRACY JOHNSON, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, L.L.C., JOHNSON RICE & COMPANY, L.L.C., ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,

Defendants.

No. 2:25-cv-06869-SVW-PVC

**[PROPOSED] ORDER GRANTING PLAINTIFF TRACY JOHNSON'S REQUEST FOR COUNSEL TO APPEAR REMOTELY AT THE STATUS CONFERENCE**

This matter came before the Court by Plaintiff Tracy Johnson's ("Plaintiff") Request for Plaintiff's counsel to appear remotely at the status conference, which is currently set for 1:30 p.m. on September 15, 2025. The request is supported by Mr. Rosen's Declaration. Based on the Plaintiff's request, Mr. Rosen's Declaration, and for the good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's counsel may appear remotely for the status conference, currently set for September 15, 2025,

SO ORDERED:

Dated      September 11, 2025                    _____
                                                HON. STEPHEN V. WILSON
                                                UNITED STATES DISTRICT JUDGE