# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>Defendants. | Case No. 2:25-cv-06869-SVW-PVC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Stephen V. Wilson |

**[PROPOSED] ORDER**

Having reviewed the stipulation of Defendants Sable Offshore Corp., James C. Flores, Gregory D. Patrinely, J.P. Morgan Securities LLC, Jefferies LLC, TD Securities (USA) LLC, The Benchmark Company, LLC, Johnson Rice & Company, L.L.C., Pep Advisory LLC, Roth Capital Partners, LLC, and Tuohy Brothers Investment Research, Inc. ("Defendants") and Plaintiff Tracy Johnson ("Plaintiff"), and good cause appearing therefore, the Court herby ORDERS that:

1. Within fourteen (14) days of the Court's appointment of the Lead Plaintiff and Lead Counsel, the court-approved Lead Counsel and counsel for Defendants will meet and confer and submit a proposed schedule for the filing of an amended or consolidated complaint or designating the operative complaint and Defendants' response.

2. There shall be no obligation by any Defendant to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.

3. Any other pending dates or deadlines shall be stayed until the resolution of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 23, 2025

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE