# EXHIBIT B

| Client Name | Alrich Aggenbach |
|---|---|
| Company Name | Sable Offshore Corp. |
| Ticker Symbol | SOC |
| Security Type | |
| Class Period Start | 05-19-2025 |
| Class Period End | 06-03-2025 |
| 90-DAY Lookback Period Start | 06-04-2025 |
| 90-DAY Lookback Period End | 09-01-2025 |
| 90-DAY Lookback Average | $ 25.83 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $2,484.58 |
| DURA LIFO* Total | $2,484.58 |
| Gross Shares Purchased | 238 |
| Net Shares Retained | 238 |
| Net Funds Expended | $8,058.54 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-20-2025 | 237 | 33.8594 | $ 8,024.68 | 06-12-2025 | | 237 | $ 23.42 | | $ 5,550.54 | 237 | - | $ 25.83 | | $ 2,474.14 | $ 2,474.14 |
| 05-20-2025 | 1 | 33.8594 | $ 33.86 | 06-12-2025 | | 1 | $ 23.42 | | $ 23.42 | 1 | - | $ 25.83 | | $ 10.44 | $ 10.44 |
| Total: | 238 | | $8,058.54 | | | 238 | | | $5,573.96 | 238 | | | | $2,484.58 | $2,484.58 |

| Client Name | Yolanda Aggenbach |
|---|---|
| Company Name | Sable Offshore Corp. |
| Ticker Symbol | SOC |
| Security Type | |
| Class Period Start | 05-19-2025 |
| Class Period End | 06-03-2025 |
| 90-DAY Lookback Period Start | 06-04-2025 |
| 90-DAY Lookback Period End | 09-01-2025 |
| 90-DAY Lookback Average | $ 25.83 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $8,265.87 |
| DURA LIFO* Total | $8,265.87 |
| Gross Shares Purchased | 791 |
| Net Shares Retained | 791 |
| Net Funds Expended | $26,791.09 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-20-2025 | 791 | 33.8699 | $ 26,791.09 | 06-12-2025 | | 791 | $ 23.42 | | $ 18,525.22 | 791 | - | $ 25.83 | | $ 8,265.87 | $ 8,265.87 |
| Total: | 791 | | $26,791.09 | | | 791 | | | $18,525.22 | 791 | | | | $8,265.87 | $8,265.87 |

| Client Name | Ferdinand and Yolanda Aggenbach |
|---|---|
| Company Name | Sable Offshore Corp. |
| Ticker Symbol | SOC |
| Security Type | |
| Class Period Start | 05-19-2025 |
| Class Period End | 06-03-2025 |
| 90-DAY Lookback Period Start | 06-04-2025 |
| 90-DAY Lookback Period End | 09-01-2025 |
| 90-DAY Lookback Average | $ 25.83 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $37,294.60 |
| DURA LIFO* Total | $37,294.60 |
| Gross Shares Purchased | 3,559 |
| Net Shares Retained | 3,559 |
| Net Funds Expended | $120,646.38 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-20-2025 | 3538 | 33.8999 | $ 119,937.85 | 06-12-2025 | | 3538 | $ 23.42 | | $ 82,859.96 | 3538 | - | $ 25.83 | | $ 37,077.89 | $ 37,077.89 |
| 05-20-2025 | 21 | 33.7399 | $ 708.54 | 06-12-2025 | | 21 | $ 23.42 | | $ 491.82 | 21 | - | $ 25.83 | | $ 216.72 | $ 216.72 |
| Total: | 3,559 | | $120,646.38 | | | 3559 | | | $83,351.78 | 3,559 | | | | $37,294.60 | $37,294.60 |

| Client Name | Juane Aggenbach |
|---|---|
| Company Name | Sable Offshore Corp. |
| Ticker Symbol | SOC |
| Security Type | |
| Class Period Start | 05-19-2025 |
| Class Period End | 06-03-2025 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $157.20 |
| DURA LIFO* Total | $157.20 |
| Gross Shares Purchased | 15 |
| Net Shares Retained | 15 |

| 90-DAY Lookback Period Start | 06-04-2025 |
|---|---|
| 90-DAY Lookback Period End | 09-01-2025 |
| 90-DAY Lookback Average | $ 25.83 |

| Net Funds Expended | $508.50 |
|---|---|

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-20-2025 | 15 | 33.9 | $ 508.50 | 06-12-2025 | | 15 | $ 23.42 | | $ 351.30 | 15 | - | $ 25.83 | | $ 157.20 | $ 157.20 |
| **Total:** | **15** | | **$508.50** | | | **15** | | | **$351.30** | **15** | | | | **$157.20** | **$157.20** |

| Client Name | Ferdinand Aggenbach |
|---|---|
| Company Name | Sable Offshore Corp. |
| Ticker Symbol | SOC |
| Security Type | |
| Class Period Start | 05-19-2025 |
| Class Period End | 06-03-2025 |
| 90-DAY Lookback Period Start | 06-04-2025 |
| 90-DAY Lookback Period End | 09-01-2025 |
| 90-DAY Lookback Average | $ 25.83 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $206,476.84 |
| DURA LIFO* Total | $206,476.84 |
| Gross Shares Purchased | 25,198 |
| Net Shares Retained | 25,198 |
| Net Funds Expended | $854,206.04 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-20-2025 | 8 | 33.76 | $ 270.08 | | | | | | - | 8 | 8 | $ 25.83 | $ 206.62 | $ 63.46 | $ 63.46 |
| 05-20-2025 | 1118 | 33.8998 | $ 37,899.98 | 06-20-2025 | | 1118 | $ 23.09 | | $ 25,814.62 | 1118 | - | $ 25.83 | | $ 12,085.36 | $ 12,085.36 |
| 05-20-2025 | 24072 | 33.8998 | $ 816,035.99 | | | | | | - | 24072 | 24072 | $ 25.83 | $ 621,707.97 | $ 194,328.02 | $ 194,328.02 |
| **Total:** | **25,198** | | **$854,206.04** | | | **1118** | | | **$25,814.62** | **25,198** | **24,080** | | **$ 621,914.58** | **$206,476.84** | **$206,476.84** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $254,679.09 |
| DURALIFO* Total | $254,679.09 |
| Gross Shares Purchased | 29,801 |
| Net Shares Retained | 29,801 |
| Net Funds Expended | $1,010,210.55 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.