# EXHIBIT C

7/30/25, 1:13 PM EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Sable Offshore Corp. Investors – SOC

Case 2:25-cv-06869-SVW-PVC   Document 28-3   Filed 09/26/25   Page 2 of 7   Page ID #:182

Jul 28, 2025 2:00 PM Eastern Daylight Time

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Sable Offshore Corp. Investors – SOC

Share

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Sable Offshore Corp. (NYSE: SOC): (1) between May 19, 2025 and June 3, 2025, both dates inclusive (the "Class Period"); and/or (2) pursuant and/or traceable to Sable's May 21, 2025 secondary public offering (the "SPO"). The lawsuit seeks to recover damages for Sable Offshore Corp. investors under the federal securities laws.

To join the Sable class action, go to https://rosenlegal.com/submit-form/?case_id=40629 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants' statements about Sable's business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than September 26, 2025**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=40629 or to discuss your rights or interests regarding this class

action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653
or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS
CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE.
YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN
ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S
ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT
UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-
law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook:
https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its
practice in securities class actions and shareholder derivative litigation. Rosen Law
Firm was Ranked No. 1 by ISS Securities Class Action Services for number of
securities class action settlements in 2017. The firm has been ranked in the top 4
each year since 2013. Rosen Law Firm achieved the largest ever securities class
action settlement against a Chinese Company at the time. Rosen Law Firm's
attorneys are ranked and recognized by numerous independent and respected
sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**          Class Action Lawsuit    Professional Services    Legal

**THE ROSEN LAW FIRM, P.A.**

NYSE:SOC

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com

# More News From The Rosen Law Firm, P.A.

🔊 Get RSS Feed

## Rosen Law Firm Encourages Novo Nordisk A/S Investors to Inquire About Securities Class Action Investigation – NVO

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of Novo Nordisk A/S (NYSE: NVO) resulting from allegations that Novo Nordisk may have issued...

## Rosen Law Firm Urges Flywire Corporation (NASDAQ: FLYW) Stockholders with Losses in Excess of $100K to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that a shareholder filed a class action lawsuit on behalf of purchasers and acquirers of Flywire Corporation (NASDAQ: FLYW) securities between February 28, 2024 and February 25, 2025,...

## Rosen Law Firm Urges Lockheed Martin Corporation (NYSE: LMT) Stockholders with Losses in Excess of $100K to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces that a shareholder filed a class action lawsuit on behalf of purchasers and acquirers of Lockheed Martin Corporation (NYSE: LMT) securities between January 23, 2024 and July 21, 2025, both...

Back to Newsroom →

Case 2:25-cv-06869-SVW-RVC    Document 28-3    Filed 09/26/25    Page 6 of 7    Page ID #:186

# Wish your news had this kind of reach?

Sign Up →

Learn About Business Wire →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

7/30/25, 12:13 PM EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Sable Offshore Corp. Investors – SOC

Case 2:25-cv-06869-SVW-PVC Document 28-3 Filed 09/26/25 Page 7 of 7 Page ID #:187

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2025 Business Wire, Inc.

Privacy Policy        Cookie Policy        Copyright        Accessibility Statement        Terms of Use

