# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRACY JOHNSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>Defendants. | Case No. 2:25-cv-06869-SVW-PVC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION OF CHRISTOPH LUDWIG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:        Monday, October 27, 2025<br>Time:        1:30 p.m.<br>Courtroom: 10A<br>Judge:       Hon. Stephen V. Wilson<br><br>ORAL ARGUMENT REQUESTED |

Having considered the motion of Christoph Ludwig ("Movant") for entry of an Order: (1) appointing Movant as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, and (2) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as lead counsel, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Court hereby appoints Movant as Lead Plaintiff in this action. Movant satisfies the requirements for lead plaintiff appointment under the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act;

3.    Lead Plaintiff has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel, and the Court approves that selection;

4.    Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

5.    Lead Counsel shall have the following responsibilities and duties:

a.    to coordinate the briefing and argument of motions;

b.    to coordinate the conduct of discovery proceedings;

c.    to coordinate the examination of witnesses in depositions;

d.    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

e.    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f.    to coordinate all settlement negotiations with counsel for defendants;

-1-

       g.     to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

       h.     to supervise any other matters concerning the prosecution, resolution, or settlement of this action.

6.     No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs;

7.     Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices; and

8.     Defendants may effect service of papers on plaintiffs by filing such papers with the Court's CM/ECF system.

IT IS SO ORDERED.

DATED: _____, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Lucas E. Gilmore*
     LUCAS E. GILMORE
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Christoph Ludwig*