# Exhibit B

**Loss Analysis for Christoph Ludwig - Sable Offshore Corp. (SOC)**
**Class Period 05/19/25 - 06/03/25**



| | Date | Shares | Share Price | Amount Paid |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Pre-Class Held | | | | |
| Class Period Purchases | 05/28/25 | 1,000 | $27.4000 | $27,400.00 |
| Post Class Purchases | | | | |

| | Date | Shares | Share Price | Amount Received |
|---|---|---|---|---|
| **SALES** | | | | |
| Post Class Sales | | | | |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 1,000 | Total Amt. Paid in CP | $27,400.00 |

| | | | |
|---|---|---|---|
| Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

Actual Net Shares Acquired in CP   1,000  (CP Retained Shares)

| | |
|---|---|
| Net Amount Paid  in CP | $27,400.00 |
| Net Amount Paid in CP Minus Sold to Current Date | $27,400.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 1,000 | Automatically 0 if Negative |
| Net  Shares Acquired During Class Period Held to Current Date | 1,000 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP   $25.85

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $25,846.98 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $25,846.98 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $1,553.02 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $1,553.02 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $1,553.02 ALTERNATIVE |