# Exhibit C

## DECLARATION OF CHRISTOPH LUDWIG IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Christoph Ludwig, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Sable Offshore Corp. ("SOC" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am 59 years old.  I presently reside in Menlo Park, California.  I currently work as a Program Director for a company within the enterprise software and technology sector. I earned a Master of Science (MSc) degree in Physics from Goethe University Frankfurt, and a Master of Business degree from the University of California, Berkeley, Haas School of Business, where I concentrated my studies in strategy, finance, and entrepreneurship.  I have approximately 30 years of experience in managing my own investment portfolio.

3.      As set forth in my certification, during the Class Period I personally purchased a substantial amount of shares of SOC, retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed.  I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest.  If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  I further understand that I am not required to seek appointment as lead plaintiff in order to recover.  Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

5.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed a retainer agreement with

Docusign Envelope ID: 7CCA82CF-871B-4C4B-9C66-15650345A34A

Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.  Executed on this 26 day of September, 2025.

DocuSigned by:

*CHRISTOPH LUDWIG*

2AC5F132B831453...

CHRISTOPH LUDWIG