1  Laurence M. Rosen, Esq. (SBN 219683)
2  **THE ROSEN LAW FIRM, P.A.**
   355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
4  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com
6
7  *Counsel for Movant and [Proposed]*
   *Co-Lead Counsel for the Class*
8
9  *[Additional Counsel on Signature Page]*

10           UNITED STATES DISTRICT COURT
11           CENTRAL DISTRICT OF CALIFORNIA

12 | TRACY JOHNSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:25-cv-06869-SVW-PVC |
|---|---|
| Plaintiff, | **MOTION OF JIMMY CLEVELAND WHITE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** |
| v. | |
| SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, L.L.C., JOHNSON RICE & COMPANY, L.L.C., ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC., | <u>CLASS ACTION</u><br><br>JUDGE: Stephen V. Wilson<br>Hearing Date: October 20, 2025<br>Time: 1:30 p.m.<br>CTRM: 10A – 1st Street Courthouse |
| Defendants. | |

1

MOTION OF JIMMY CLEVELAND WHITE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF CHOICE OF COUNSEL – Case No. 2:25-cv-06869-SVW-PVC

1  PLEASE TAKE NOTICE that on Monday, October 20, 2025 at 1:30 p.m. before the Honorable Stephen V. Wilson in 1st Street Courthouse, 350 West 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California, Jimmy Cleveland White ("Movant"), will and does move this Court for an order granting his Motion: (1) for appointment of Movant as Lead Plaintiff of the Class; and (2) for approval of Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") and The Schall Law Firm ("Schall Law") as Co-Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") on the grounds (1) that Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of Sable Offshore Corp. ("Sable") securities (a) pursuant and/or traceable to Sable's May 21, 2025 secondary public offering (the "SPO"); and/or (b) between May 19, 2025 and June 3, 2025, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) that Movant's selection of Rosen Law and Schall Law as Co-Lead Counsel should be approved as the firms are well-qualified and have extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: September 24, 2025           Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE SCHALL LAW FIRM**
Brian Schall, Esq. (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Counsel for Movant and [Proposed] Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 26, 2025, I electronically filed the following **MOTION OF JIMMY CLEVELAND WHITE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 26, 2025.

/s/ Laurence Rosen
Laurence M. Rosen

4

MOTION OF JIMMY CLEVELAND WHITE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:25-cv-06869-SVW-PVC