UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC., THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>                Defendants. | Case No. 2:25-cv-06869-SVW-PVC<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Stephen V. Wilson<br>Hearing Date: October 20, 2025<br>Time: 1:30 p.m.<br>CTRM: 10A – 1st Street Courthouse |

WHEREAS, the above-captioned securities class action (the "Securities Class Action") has been filed against Sable Offshore Corp., James C. Flores, Gregory D. Patrinely, J.P. Morgan Securities LLC, Jefferies LLC, TD Securities (USA) LLC., The Benchmark Company, LLC, Johnson Rice & Company, L.L.C., Pep Advisory LLC, Roth Capital Partners LLC, and Tuohy Brothers

1

Investment Research, Inc. (together "Defendants"), alleging claims under the Securities Act of 1933 and the Securities Exchange Act of 1934;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i), 15 U.S.C. § 78u-4(a)(3)(A)(i), on July 28, 2025, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on September 26, 2025, Movant Jimmy Cleveland White ("Movant") timely moved the Court for appointment as lead plaintiff and to approve Movant's selection of counsel;

WHEREAS, the PSLRA provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, has the largest financial interest in the relief sought by the Class, and satisfies the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court, finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23.  *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I), 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**

1.    Pursuant to Section 27D(a)(3)(B) of the Securities Act and Section 21D(a)(3)(B) of the Exchange Act, Movant is appointed as Lead Plaintiff of the class, as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.    Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. and The Schall Law Firm are appointed as Co-Lead Counsel.

3.    Co-Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Co-Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiffs and the Class.

SO ORDERED:

Dated _____, 2025        _____
                                 Hon. Stephen V. Wilson
                                 United States District Judge

3