# Exhibit 3

Exhibit 3
011

**Sable Offshore Corp. Loss Chart**
**Class Period: May 17, 2025 through June 03, 2025, Inclusive**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $25.896 |
| Jimmy Cleveland White - Account 1 | 5/27/2025 | 603 | ($33.00) | ($19,899.06) | 6/18/2025 | 603 | $22.67 | $13,670.01 | 0 | $0.00 | ($6,229.05) | |
| Jimmy Cleveland White - Account 2 | 5/27/2025 | 151 | ($33.01) | ($4,984.51) | 7/16/2025 | 151 | $22.16 | $3,346.16 | 0 | $0.00 | ($1,638.35) | |
| | | | | | | | | | | **Total** | ($7,867.40) | |

Exhibit 3
012