Laurence M. Rosen, Esq. (SBN 219683)
lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Fax: (213) 226-4684

*Counsel for Movant and [Proposed]*
*Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC., JEFFERIES LLC., TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC., JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC., ROTH CAPITAL PARTNERS LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>Defendants. | Case No. 2:25-cv-06869-SVW-PVC<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Stephen V. Wilson<br>Hearing Date: October 20, 2025<br>Time: 1:30 p.m.<br>CTRM: 10A – 1st Street Courthouse |

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS– 2:25-cv-06869-SVW-PVC

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A. ("Rosen Law"), co-counsel for Jimmy Cleveland White ("Movant"). I make this declaration in support of Movant's Memorandum of Law in Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following documents:

Exhibit 1:    Press releases issued by Levi & Korsinsky ("L&K") related to *Johnson v. Sable Offshore Corp., et al.*, 2:25-cv-06869-SVW-PVC (C.D. Cal.), which was originally filed by Rosen Law;

Exhibit 2:    Press releases issued by L&K related to *Jboor v. Replimune Group, Inc. et al.,* 1:25-cv-12085 (D. Mass.), which was originally filed by Rosen Law;

Exhibit 3:    Press releases issued by L&K related to *Hernandez v. RCI Hospitality Holdings, Inc.*, 4:25-cv-04477 (S.D. Tex.), which was originally filed by Rosen Law;

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS– 2:25-cv-06869-SVW-PVC

Exhibit 4:    Press releases issued by L&K related to *Norrman v. KBR, Inc. et al.*, 4:25-cv-04464 (S.D. Tex.), which was originally filed by Rosen Law;

Exhibit 5:    Press releases issued by L&K related to *Ho v. Savara Inc., et al.*, 2:25-cv-05147 (E.D. Pa.), which was originally filed by Pomerantz, LLP;

Exhibit 6:    Press releases issued by L&K related to *Johnston v. LifeMD, Inc.,* 1:25-cv-04761 (E.D.N.Y), which was originally filed by Rosen Law;

Exhibit 7:    Press releases issued by L&K related to *Sandoval v. Charter Communications, Inc. et al*, 1:25-cv-06747 (S.D.N.Y.), which was originally filed by Shamis & Gentile, P.A. and Edelsberg Law, P.A.;

Exhibit 8:    Press releases issued by L&K related to *O'Connor and O'Connor v. CTO Realty Growth, Inc. et al.*, 6:25-cv-01516 (M.D. Fla.), which was originally filed by Pomerantz, LLP;

Exhibit 9:    Press releases issued by L&K related to *Elkhodari v. Unicycive Therapeutics, Inc., et al.*, 3:25-cv-06923

3

(N.D. Cal.), which was originally filed by Pomerantz, LLP;

Exhibit 10: Press releases issued by L&K related to *Maglione v. Fluor Corporation et al*, 3:25-cv-02496 (N.D. Tex.), which was originally filed by Pomerantz, LLP;

Exhibit 11: Press releases issued by L&K related to *Krishnamoorthy v. Semler Scientific, Inc. et al*, 5:25-cv-07303 (N.D. Cal.), which was originally filed by the Rosen Law;

Exhibit 12: Press releases issued by L&K related to *Sarti v. Dow Inc*. et al, 1:25-cv-12744 (E.D. Mich.), which was originally filed by Pomerantz, LLP;

Exhibit 13: Press releases issued by L&K related to *City of St. Clair Shores Police and Fire Retirement System v. Lineage, Inc.*, et al, 2:25-cv-12383 (E.D. Mich.), which was originally filed by Robbins, Geller, Rudman, and Dowd, LLP and Vanoverbeke, Michaud, & Timmony, P.C.;

Exhibit 14: Press releases issued by L&K related to *Gémesi v. RxSight, Inc. et al* 8:25-cv-02093 (C.D. Cal.) and

4

*Makaveev v RxSight, Inc. et al*, 8:25-cv-01596 (C.D. Cal.), related actions respectively filed by Robbins, Geller, Rudman, and Dowd, LLP, and Glancy, Prongay, and Murray, LLP;

Exhibit 15: Press releases issued by L&K related to *Yaghsizian v. Hims & Hers Health, Inc. et al*, 3:25-cv-05321 (N.D. Cal.) and *Sookdeo v. Hims & Hers Health, Inc. et al*, 3:25-cv-05315 (N.D. Cal.), related actions respectively filed by Block & Leviton, LLP and Glancy, Prongay, and Murray, LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 6th day of October, 2025.

/s/Laurence M. Rosen

Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS– 2:25-cv-06869-SVW-PVC

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On October 6, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 6, 2025.

/s/Laurence M. Rosen

Laurence M. Rosen

6