# Exhibit 1

Exhibit 1
007

 

# Sable Offshore Faces Investor Lawsuit Over False Claims

**Joseph E. Levi**
Jul 30, 2025, 02:15 PM

A+    A-



In a dramatic turn of events, Sable Offshore Corp. finds itself at the center of a class action lawsuit, accused of misleading investors with false claims about its oil production activities. Investors who acquired Sable Offshore securities between May 19 and June 3, 2025, are now seeking justice, alleging that the company falsely represented the restart of its oil production off the California coast. These misleading statements, according to the lawsuit, painted an inaccurate picture of Sable's business operations and prospects, leading to significant financial losses when the truth was revealed.

Elevate Your Investing Strategy:

- Take advantage of TipRanks Premium at 55% off! Unlock powerful investing tools, advanced data, and expert analyst insights to help you invest with confidence.

The lawsuit contends that Sable Offshore's public communications were not only deceptive but also lacked a reasonable foundation, causing investors to suffer damages when the reality of the company's situation came to light. If you are among

## Latest News Feed

**Nvidia (NVDA) at Risk of Falling Into Dot-com Bubble Trap, Warns Veteran Tech...**
59m ago        AMZN   NVDA

**Why Is Fortress Biotech Stock (FBIO) Down 30% Today?**
1h ago        FBIO

**'Strong Turnaround'? Nike Stock (NKE) Races on Q1 Beat, But Analyst Forecast...**
1h ago        MS   SF

**VOO ETF News, 10/1/2025**
1h ago        L   CMG

**SCHD ETF News, 10/1/2025**
1h ago        F   AFG

**Why Is Chijet Motor Stock (CJET) Up 125% Today?**
1h ago        CJET

**Nvidia Stock Slips after Record High as Meta Accelerates Custom AI Chips**

More Market News >

## More Articles



Market News
'Strong Turnaround'? Nike Stock (NKE) Races on Q1...
1h ago        MS   SF

Market News
VOO ETF News, 10/1/2025
1h ago        L   CMG

Market News
SCHD ETF News, 10/1/2025
1h ago        F   AFG

More News >

## Stock Comparison



Exhibit 1
008

Quantum Computing    AI
Cryptocurrency    Bitcoin Stocks

**Investment Ideas**

Dividend    Value    Biotech    Oil

Analyst Top Stocks    Smart Score Stocks

Stock Screener    Top Wall Street Analysts

Insiders' Hot Stocks    Top Penny Stocks

Unusual Options Activity

Top ETFs by Upside Potential

those who incurred losses during this period, there is an opportunity to seek recovery without any cost or obligation. Visit the link provided to understand your rights and the steps you can take.

Representing the plaintiffs is the esteemed law firm Levi & Korsinsky LLP, known for its prowess in securities litigation. With over two decades of experience and a track record of securing substantial settlements for shareholders, the firm stands as a formidable force in the legal arena. Their expertise in handling complex cases makes them a reliable ally for investors seeking justice.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171

Home

Disclaimer & Disclosure        Report an Issue

**Related Articles**

3 Best Stocks to Buy Now, 9/30/2025, According to Top Analysts

Sable Offshore's Strategic Initiatives and Market Positioning Justify Buy Rating

Sable Offshore Announces New Offshore Strategy

# 3 Best Stocks to Buy Now, 9/30/2025, According to Top Analysts

 **Solomon Oladipupo**
Sep 30, 2025, 12:38 PM



Exhibit 1
009

# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Sable Offshore Corp. (SOC)

**September 08, 2025 4:39 PM EDT | Source: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)**

New York, New York--(Newsfile Corp. **-** September 8, 2025) - If you suffered a loss on your **Sable Offshore Corp.** (NYSE: SOC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=166014&wire=5&utm_campaign=24 (https://api.newsfilecorp.com/redirect/OA2ORFPmnq)

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.



(https://images.newsfilecorp.com/files/7091/265599_573497_logo.jpg)

**THE LAWSUIT:** This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants statements about Sables business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

**WHAT'S NEXT?** If you suffered a loss in Sable Offshore Corp. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=166014&wire=5&utm_campaign=24 (https://api.newsfilecorp.com/redirect/PqwPEhKxDy) to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)

Exhibit 1
010

the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 1



**Back to the Newsroom**

   



# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Sable Offshore Corp. (SOC)

Wednesday, 17 September 2025 10:42 AM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 17, 2025 /** If you suffered a loss on your **Sable Offshore Corp.** (NYSE:SOC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=167910&wire=1&utm_campaign=24



Exhibit 1
012

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants statements about Sables business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

**WHAT'S NEXT?** If you suffered a loss in Sable Offshore Corp. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=167910&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 1
013

Back to the Newsroom

   





# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Sable Offshore Corp. Stock Losses

Thursday, 18 September 2025 02:49 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 18, 2025 /** - SueWallSt: Class Action Filed Against Sable Offshore Corp. - Contact Levi & Korsinsky





This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering.

If you suffered a loss in Sable Offshore Corp., don't stay silent. Take action now by visiting:

[https://zlk.com/suewallst2?wire=1](https://zlk.com/suewallst2?wire=1)

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email [lostmoney@suewallst.com](mailto:lostmoney@suewallst.com) or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



[SueWallSt Channel](#)

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve

Exhibit 1 9
015

our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days



Exhibit 1
016

Back to the Newsroom

   





# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Sable Offshore Corp. (SOC)

Wednesday, 24 September 2025 05:15 PM

Topic: **Class Action**

**NEW YORK, NY /** [**ACCESS Newswire**](#) **/ September 24, 2025 /** If you suffered a loss on your **Sable Offshore Corp.** (NYSE:SOC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

[https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=169251&wire=1&utm_campaign=24](https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=169251&wire=1&utm_campaign=24)



Exhibit 1
017

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants statements about Sables business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

**WHAT'S NEXT?** If you suffered a loss in Sable Offshore Corp. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=169251&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 1
018

**Back to the Newsroom**

   





# SOC ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Sable Offshore Corp. - September 26, 2025 Deadline

Wednesday, 24 September 2025 10:29 AM

Topic: Class Action

**NEW YORK, NY / ACCESS Newswire / September 24, 2025 /** If you suffered a loss on your **Sable Offshore Corp.** (NYSE:SOC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=169183&wire=1&utm_campaign=26



Exhibit 1
019

or contact Joseph E. Levi, Esq. via email at <u>jlevi@levikorsinsky.com</u> or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants statements about Sables business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

**WHAT'S NEXT?** If you suffered a loss in Sable Offshore Corp. stock during the relevant time frame - even if you still hold your shares - go to <u>https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=169183&wire=1&utm_campaign=26</u> to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
<u>jlevi@levikorsinsky.com</u>
Tel: (212) 363-7500
Fax: (212) 363-7171
<u>https://zlk.com/</u>

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 1
020