# Exhibit 2

Exhibit 2
021

**Back to the Newsroom**

   





# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Replimune Group, Inc. Stock Losses

Thursday, 18 September 2025 02:54 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 18, 2025 /** - SueWallSt: Class Action Filed Against Replimune Group, Inc. - Contact Levi & Korsinsky



When Fraud Happens, SueWallSt!

Exhibit 2
022



A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between November 22, 2024 and July 21, 2025.

If you suffered a loss in Replimune Group, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



SueWallSt Channel

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities

Exhibit 2
023

Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days



All Access

Professional Services

Blogs

Exhibit 2
024

**Back to the Newsroom**

   



# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Replimune Group, Inc. (REPL)

Sunday, 21 September 2025 06:45 AM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 21, 2025 /** If you suffered a loss on your **Replimune Group, Inc.** (NASDAQ:REPL) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/replimune-group-inc-lawsuit-submission-form?prid=168657&wire=1&utm_campaign=24





Exhibit 2

025

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.



**THE LAWSUIT:** A class action securities lawsuit was filed against Replimune Group, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between November 22, 2024 and July 21, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants recklessly overstated the IGNYTE trial's prospects, given material issues that defendants knew or should have known of, which resulted in the FDA deeming the IGNYTE trial inadequate and not well-controlled; and (2) as a result, defendants' statements about Replimune's business, operations and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Replimune Group, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/replimune-group-inc-lawsuit-submission-form?prid=168657&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

Exhibit 2
026

**CONTACT:**
Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Media Outreach & Engagement Optimization

Exhibit 2
027