# Exhibit 3

Exhibit 3
028

# RICK ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against RCI Hospitality Holdings, Inc. - November 20, 2025 Deadline

**September 25, 2025 4:13 PM EDT | Source: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)**

New York, New York--(Newsfile Corp. **-** September 25, 2025) - If you suffered a loss on your **RCI Hospitality Holdings, Inc.** (NASDAQ: RICK) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/rci-hospitality-holdings-inc-lawsuit-submission-form?prid=169479&wire=5&utm_campaign=26 (https://api.newsfilecorp.com/redirect/LqRBOCnagb)

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.



(https://images.newsfilecorp.com/files/7091/268034_251359_logo.jpg)

**THE LAWSUIT:** A class action securities lawsuit was filed against RCI Hospitality Holdings, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between December 15, 2021 and September 16, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants engaged in tax fraud; (2) defendants committed bribery to cover up the fact that they committed tax fraud; (3) as a result, defendants understated the legal risk facing the Company; and (4) as a result, defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in RCI Hospitality Holdings, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/rci-hospitality-holdings-inc-lawsuit-submission-form?prid=169479&wire=5&utm_campaign=26 (https://api.newsfilecorp.com/redirect/oPOwYU0MbN) to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)

Exhibit 3
029

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/ (https://api.newsfilecorp.com/redirect/OAEogiP7aL)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/268034
(https://api.newsfilecorp.com/redirect/PqgOpCKL8N)

SOURCE: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)

Exhibit 3
030