# Exhibit 4

Exhibit 4
031

Case 2:25-cv-06869-SVW-PVC    Document 52-4    Filed 10/06/25    Page 2 of 5    Page ID #:484

# Recover Investment Losses: Levi & Korsinsky Files Class Action Against KBR, Inc. (KBR)

**September 29, 2025 4:31 PM EDT | Source: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)**

New York, New York--(Newsfile Corp. - September 29, 2025) - If you suffered a loss on your **KBR, Inc.** (NYSE: KBR) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/kbr-inc-lawsuit-submission-form?prid=170057&wire=5&utm_campaign=24 (https://api.newsfilecorp.com/redirect/Q2gQNtKBn3)

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.



(https://images.newsfilecorp.com/files/7091/268438_404076_logo.jpg)

**THE LAWSUIT:** A class action securities lawsuit was filed against KBR, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between May 6, 2025 and June 19, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) despite the knowledge that the U.S. Department of Defense's Transportation Command, for months, had material concerns with HomeSafe's ability to fulfill the global household goods contract, defendants claimed that the partnership was without issue, and would ramp up in future quarters; and (2) as a result, defendants' statements about KBR's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in KBR, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/kbr-inc-lawsuit-submission-form?prid=170057&wire=5&utm_campaign=24 (https://api.newsfilecorp.com/redirect/mjOQnf0m8v) to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

Exhibit 4
032

Case 2:25-cv-06869-SVW-PVC    Document 52-4    Filed 10/06/25    Page 3 of 5   Page ID
#:485

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/ (https://api.newsfilecorp.com/redirect/kXEJWtq8mr)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/268438
(https://api.newsfilecorp.com/redirect/B5n0Yfzrgx)


SOURCE: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)

Exhibit 4
033

**Back to the Newsroom**

   

 

# KBR ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against KBR, Inc. - November 18, 2025 Deadline

Friday, 03 October 2025 02:15 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / October 3, 2025 /** If you suffered a loss on your **KBR, Inc.** (NYSE:KBR) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/kbr-inc-lawsuit-submission-form?prid=170732&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

Exhibit 4
034

**THE LAWSUIT:** A class action securities lawsuit was filed against KBR, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between May 6, 2025 and June 19, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) despite the knowledge that the U.S. Department of Defense's Transportation Command, for months, had material concerns with HomeSafe's ability to fulfill the global household goods contract, defendants claimed that the partnership was without issue, and would ramp up in future quarters; and (2) as a result, defendants' statements about KBR's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in KBR, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/kbr-inc-lawsuit-submission-form?prid=170732&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 4
035