# Exhibit 7

Exhibit 7
055

Back to the Newsroom

   



# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Charter Communications, Inc. Stock Losses

Friday, 26 September 2025 05:45 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 26, 2025 /** - SueWallSt: Class Action Filed Against Charter Communications, Inc. - Contact Levi & Korsinsky





This lawsuit is on behalf of all persons and entities who purchased or otherwise acquired Charter securities, purchased call options on Charter common stock, or sold put options on Charter common stock, between July 26, 2024, and July 24, 2025, inclusive.

If you suffered a loss in Charter Communications, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



SueWallSt Channel

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve

Exhibit 7
057

our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP





## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

Exhibit 7
058

**Back to the Newsroom**

   





# CHTR ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Charter Communications, Inc. - October 14, 2025 Deadline

Friday, 26 September 2025 02:15 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 26, 2025 /** If you suffered a loss on your **Charter Communications, Inc.** (NASDAQ:CHTR) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:



https://zlk.com/pslra-1/charter-communications-inc-lawsuit-submission-form?prid=169725&wire=1&utm_campaign=26

Exhibit 7
059

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of all persons and entities who purchased or otherwise acquired Charter securities, purchased call options on Charter common stock, or sold put options on Charter common stock, between July 26, 2024, and July 24, 2025, inclusive.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) the impact of the Affordable Connectivity Program (ACP) end was a material event the Company was unable to manage or promptly move beyond; (ii) the ACP end was actually having a sustaining impact on Internet customer declines and revenue; (iii) neither was the Company executing broader operations in a way that would compensate for, or overcome the impact, of the ACP ending; (iv) the Internet customer declines and broader failure of Charter's execution strategy created much greater risks on business plans and earnings growth than reported; (v) accordingly, the Company had no reasonable basis to state the Company was successfully executing operations, managing causes of Internet customer declines, or provide overly optimistic statements about the long term trajectory of the Company and EBITDA growth; and (iv) as a result of the foregoing, defendants materially misled with, and/or lacked a reasonable basis for, their positive statements about the Company's business, operations, outlook during the Class Period.

**WHAT'S NEXT?** If you suffered a loss in Charter Communications, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/charter-communications-inc-lawsuit-submission-form?prid=169725&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor

Exhibit 7
060

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Media Outreach & Engagement Optimization

Competitor Comparisons

IR Websites Best Practices

Earnings Call, Checklists & Preparation

Earnings Press Release Tips



Exhibit 7
061

Back to the Newsroom

   



# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Charter Communications, Inc. (CHTR)

Monday, 29 September 2025 04:52 PM

Topic: **Class Action**



**NEW YORK, NY / ACCESS Newswire / September 29, 2025 /** If you suffered a loss on your **Charter Communications, Inc.** (NASDAQ:CHTR) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/charter-communications-inc-lawsuit-submission-form?prid=170054&wire=1&utm_campaign=24



Exhibit 7
062

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of all persons and entities who purchased or otherwise acquired Charter securities, purchased call options on Charter common stock, or sold put options on Charter common stock, between July 26, 2024, and July 24, 2025, inclusive.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) the impact of the Affordable Connectivity Program (ACP) end was a material event the Company was unable to manage or promptly move beyond; (ii) the ACP end was actually having a sustaining impact on Internet customer declines and revenue; (iii) neither was the Company executing broader operations in a way that would compensate for, or overcome the impact, of the ACP ending; (iv) the Internet customer declines and broader failure of Charter's execution strategy created much greater risks on business plans and earnings growth than reported; (v) accordingly, the Company had no reasonable basis to state the Company was successfully executing operations, managing causes of Internet customer declines, or provide overly optimistic statements about the long term trajectory of the Company and EBITDA growth; and (iv) as a result of the foregoing, defendants materially misled with, and/or lacked a reasonable basis for, their positive statements about the Company's business, operations, outlook during the Class Period.

**WHAT'S NEXT?** If you suffered a loss in Charter Communications, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/charter-communications-inc-lawsuit-submission-form?prid=170054&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor

Exhibit 7
063

New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Media Outreach & Engagement Optimization

Competitor Comparisons

IR Websites Best Practices

Earnings Call, Checklists & Preparation

Earnings Press Release Tips

Investor Day Recommendations



Exhibit 7
064