# Exhibit 9

Exhibit 9
071

**Back to the Newsroom**

   



# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Unicycive Therapeutics, Inc. Stock Losses

Friday, 26 September 2025 05:30 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 26, 2025 /** - SueWallSt: Class Action Filed Against Unicycive Therapeutics, Inc. - Contact Levi & Korsinsky





When Fraud Happens, SueWallSt!

Exhibit 9
072

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between March 28, 2024 and June 27, 2025.

If you suffered a loss in Unicycive Therapeutics, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



SueWallSt Channel

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities

Exhibit 9
073

Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days



All Access

Professional Services

Blogs

Exhibit 9
074

**Back to the Newsroom**

   



# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Unicycive Therapeutics, Inc. (UNCY)

Sunday, 28 September 2025 11:40 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 28, 2025 /** If you suffered a loss on your **Unicycive Therapeutics, Inc.** (NASDAQ:UNCY) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/unicycive-therapeutics-inc-lawsuit-submission-form?prid=169866&wire=1&utm_campaign=24




Exhibit 9
075

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Unicycive Therapeutics, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 29, 2024 and June 27, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) Unicycive's readiness and ability to satisfy the FDA's manufacturing compliance requirements was overstated; (ii) the oxylanthanum carbonate new drug application's regulatory prospects were likewise overstated; and (iii) as a result, defendants' public statements were materially false and misleading at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Unicycive Therapeutics, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/unicycive-therapeutics-inc-lawsuit-submission-form?prid=169866&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 9
076

Back to the Newsroom

   



# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Unicycive Therapeutics, Inc. Stock Losses

Wednesday, 01 October 2025 05:00 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / October 1, 2025 /** - SueWallSt: Class Action Filed Against Unicycive Therapeutics, Inc. - Contact Levi & Korsinsky



Exhibit 9
077

Case 2:25-cv-06869-SVW-PVC   Document 52-9   Filed 10/06/25   Page 8 of 9   Page ID #:530

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between March 29, 2024 and June 27, 2025.

If you suffered a loss in Unicycive Therapeutics, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



SueWallSt Channel

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For

Exhibit 9
078

Case 2:25-cv-06869-SVW-PVC    Document 52-9    Filed 10/06/25    Page 9 of 9    Page ID
#:531

seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services'
Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 27th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

Exhibit 9
079