# Exhibit 13

Exhibit 13
101

Back to the Newsroom

   




Products      Solutions      Pricing      Professional Services      Resources      Newsroom      🎓 EDU program      **Submit a Press Release** ✈      Login →]

Contact Us ✉

# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over Lineage, Inc. Stock Losses

Thursday, 11 September 2025 06:00 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 11, 2025 /** - SueWallSt: Class Action Filed Against Lineage, Inc. - Contact Levi & Korsinsky





This lawsuit is on behalf of all purchasers of Lineage common stock in or traceable to the registration statement used in connection with the Company's July 26, 2024 initial public offering.

Exhibit 13
102

If you suffered a loss in Lineage, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallSt WhatsApp channel** for breaking class action news.



SueWallSt Channel

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com

Exhibit 13
103

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Media Outreach & Engagement Optimization

Competitor Comparisons

IR Websites Best Practices

Earnings Call, Checklists & Preparation

Earnings Press Release Tips

Investor Day Recommendations

## Resources

Press Release Templates

Press Release Examples

## FAQs

Product

Platform

Company

About Us

Contact Us

Exhibit 13
104

Back to the Newsroom

   



# LINE ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Lineage, Inc. - September 30, 2025 Deadline

| ACCESS Newswire | Products | Solutions | Pricing | Professional Services | Resources | Newsroom | 🎓 EDU program | **Submit a Press Release** ✈ | Login ⇥ |

Tuesday, 30 September 2025 12:34 PM

Contact Us ✉

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 30, 2025 /** If you suffered a loss on your **Lineage, Inc.** (NASDAQ:LINE) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/lineage-inc-lawsuit-submission-form?prid=170225&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of all purchasers of Lineage common stock in or traceable to the registration statement used in connection with the Company's July 26, 2024 initial public offering.

Exhibit 13
105

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (a) Lineage was then experiencing sustained weakening in customer demand, as additional cold-storage supply had come online, the Company's customers destocked a glut of excessive inventory built up during the COVID-19 pandemic, and the Company's customers shifted to maintaining leaner cold-storage inventories on a go-forward basis in response to changed consumer trends; (b) Lineage had implemented price increases in the lead-up to the IPO that could not be sustained in light of the weakening demand environment facing the Company; (c) Lineage was unable to effectively counteract the adverse trends listed in (a)-(b) above through the use of minimum storage guarantees or as a result of operational efficiencies, technological improvements, or its purported competitive advantages; (d) that, as a result of (a)-(c) above, rather than enjoying stable revenue growth, high occupancy rates, and steady rent escalation as represented in the registration statement, Lineage was in fact suffering from stagnant or falling revenue, occupancy rates, and rent prices; and (e) that, as a result of (a)-(d) above, Lineage's financial results, business operations, and prospects were materially impaired.

**WHAT'S NEXT?** If you suffered a loss in Lineage, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/lineage-inc-lawsuit-submission-form?prid=170225&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 13
106