# Exhibit 14

Exhibit 14
107



Back to the Newsroom

   



# Time to SueWallSt? Levi & Korsinsky Files Lawsuit Over RxSight, Inc. Stock Losses

Monday, 15 September 2025 05:45 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 15, 2025 /** - SueWallSt: Class Action Filed Against RxSight, Inc. - Contact Levi & Korsinsky





Exhibit 14
108

A Class Action lawsuit was filed on behalf of investors who lost money as a result of alleged securities fraud between November 7, 2024 and July 8, 2025.

If you suffered a loss in RxSight, Inc., don't stay silent. Take action now by visiting:

https://zlk.com/suewallst2?wire=1

If you have any questions about this class action lawsuit or any other sudden or unexpected stock loss, email lostmoney@suewallst.com or call Levi & Korsinsky at (888)-SUE-WALLST (783-9255).

Get more information on this and other class action lawsuits on the **SueWallSt podcast** and subscribe to the **SueWallst WhatsApp channel** for breaking class action news.



SueWallSt Channel

**LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

Exhibit 14
109

Back to the Newsroom

   

 Products    Solutions    Pricing    Professional Services    Resources    Newsroom    🎓 EDU program    **Submit a Press Release** ➤    Login ⏻



Contact Us ✉

# RXST ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against RxSight, Inc. - September 22, 2025 Deadline

Monday, 22 September 2025 07:19 AM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / September 22, 2025 /** If you suffered a loss on your **RxSight, Inc.** (NASDAQ:RXST) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

[https://zlk.com/pslra-1/rxsight-inc-lawsuit-submission-form?prid=168798&wire=1&utm_campaign=26](https://zlk.com/pslra-1/rxsight-inc-lawsuit-submission-form?prid=168798&wire=1&utm_campaign=26)

or contact Joseph E. Levi, Esq. via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.



Exhibit 14
110

Shareholder Alert For RxSight (RXST)



**THE LAWSUIT:** A class action securities lawsuit was filed against RxSight, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between May 7, 2024 and July 8, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) the Company was experiencing "adoption challenges" and/or structural issues resulting in declines in sales and utilization; (2) defendants had overstated the demand for RxSight's products; (3) as a result, RxSight was unlikely to meet its own previously issued financial guidance for fiscal year 2025; and (4) that, as a result of the foregoing, defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**WHAT'S NEXT?** If you suffered a loss in RxSight, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/rxsight-inc-lawsuit-submission-form?prid=168798&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

Exhibit 14
111

**SOURCE:** Levi & Korsinsky, LLP



Exhibit 14
112