# Exhibit 15

Exhibit 15
113

# HIMS ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Hims & Hers Health, Inc. - August 25, 2025 Deadline

**July 18, 2025 11:02 AM EDT | Source: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)**

New York, New York--(Newsfile Corp. - July 18, 2025) - If you suffered a loss on your **Hims & Hers Health, Inc.** (NYSE: HIMS) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=157227&wire=5&utm_campaign=26 (https://api.newsfilecorp.com/redirect/87A0Vfjby4)

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.



(https://images.newsfilecorp.com/files/7091/259233_119342_logo.jpg)

**THE LAWSUIT:** A class action securities lawsuit was filed against Hims & Hers Health, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between April 29, 2025 and June 23, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) Hims was engaged in the "deceptive promotion and selling of illegitimate, knockoff versions of Wegovy(R) that put patient safety at risk;" (2) as a result, there was a substantial risk that the Company's collaboration with Novo Nordisk would be terminated; and (3) as a result of the foregoing, defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**WHAT'S NEXT?** If you suffered a loss in Hims & Hers Health, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=157227&wire=5&utm_campaign=26 (https://api.newsfilecorp.com/redirect/y43QaCZQk5) to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

Exhibit 15
114

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com (mailto:jlevi@levikorsinsky.com)

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/ (https://api.newsfilecorp.com/redirect/1KzobsbWeV)

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/259233 (https://api.newsfilecorp.com/redirect/A8BekFv3av)

SOURCE: Levi & Korsinsky, LLP (/company/7091/Levi-Korsinsky-LLP)

Exhibit 15
115

Back to the Newsroom



   



# HIMS ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Hims & Hers Health, Inc. – August 25, 2025 Deadline

Monday, 11 August 2025 10:50 PM

Topic: **Class Action**

**NEW YORK, NY /** **ACCESS Newswire** **/ August 11, 2025 /** If you suffered a loss on your **Hims & Hers Health, Inc.** (NYSE:HIMS) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=160958&wire=1&utm_campaign=26

Exhibit 15
116

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

Case 2:25-cv-06869-SVW-PVC    Document 52-15    Filed 10/06/25    Page 5 of 9    Page ID #:569



Shareholder Alert for Hims & Hers Health, Inc. (HIMS)

**THE LAWSUIT:** A class action securities lawsuit was filed against Hims & Hers Health, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between April 29, 2025 and June 23, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) Hims was engaged in the "deceptive promotion and selling of illegitimate, knockoff versions of Wegovy® that put patient safety at risk;" (2) as a result, there was a substantial risk that the Company's collaboration with Novo Nordisk would be terminated; and (3) as a result of the foregoing, defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**WHAT'S NEXT?** If you suffered a loss in Hims & Hers Health, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=160958&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

Exhibit 15
117

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days



## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Exhibit 15
118



**Back to the Newsroom**

   



# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Hims & Hers Health, Inc. (HIMS)

Friday, 22 August 2025 11:57 AM

Topic: Class Action

**NEW YORK, NY / ACCESS Newswire / August 22, 2025 /** If you suffered a loss on your **Hims & Hers Health, Inc.** (NYSE:HIMS) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=163126&wire=1&utm_campaign=24



Exhibit 15
119

or contact Joseph E. Levi, Esq. via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.



Shareholder Alert for Hims & Hers Health, Inc. (HIMS)

**THE LAWSUIT:** A class action securities lawsuit was filed against Hims & Hers Health, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between April 29, 2025 and June 23, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) Hims was engaged in the "deceptive promotion and selling of illegitimate, knockoff versions of Wegovy® that put patient safety at risk;" (2) as a result, there was a substantial risk that the Company's collaboration with Novo Nordisk would be terminated; and (3) as a result of the foregoing, defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**WHAT'S NEXT?** If you suffered a loss in Hims & Hers Health, Inc. stock during the relevant time frame - even if you still hold your shares - go to [https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=163126&wire=1&utm_campaign=24](https://zlk.com/pslra-1/hims-hers-health-inc-lawsuit-submission-form?prid=163126&wire=1&utm_campaign=24) to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

Exhibit 15
120

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP



## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Media Outreach & Engagement Optimization

Exhibit 15
121