Laurence M. Rosen, Esq. (SBN 219683)
lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Fax: (213) 226-4684

*Counsel for Movant and [Proposed]*
*Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC., JEFFERIES LLC., TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC., JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC., ROTH CAPITAL PARTNERS LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC., <br><br> Defendants. | Case No. 2:25-cv-06869-SVW-PVC <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF LAW OF JIMMY CLEVELAND WHITE IN FURTHER SUPPORT OF HIS PLAINTIFF MOTION** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Hon. Stephen V. Wilson <br> Hearing Date: October 27, 2025 <br> Time: 1:30 p.m. <br> CTRM: 10A – 1st Street Courthouse |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION– 2:25-cv-06869-SVW-PVC

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A. ("Rosen Law"), co-counsel for Jimmy Cleveland White ("Mr. White"). I make this declaration in support of Movant's Reply Memorandum of Law in Further Support of His Lead Plaintiff Motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents, which are press releases issued by Levi & Korsinsky ("L&K") subsequent to the filing of Mr. White's opposition brief (Dkt. No. 51, on October 6, 2025):

Exhibit 1:    Press release issued by L&K on October 7, 2025 (subsequent to Mr. White's opposition filing, on October 6) related to *Bhagavan v. Nutex Health, Inc., et al.*, 24:25-cv-03999 (S.D. Tex.), which was originally filed by Pomerantz LLP and Holzer & Holzer, LLC;

Exhibit 2:    Press release issued by L&K on October 7, 2025 related to *Gollapalli v. KinderCare Learning Companies, Inc., et al.*, 3:25-cv-01424-AR (D. Or.), which was originally

2

filed by Keller Rohrback L.L.P., Robbins Geller Rudman & Dowd LLP, and Johnson Fistel, PLLP;

Exhibit 3:    Press release issued by L&K on October 8, 2025 related to *Oklahoma Firefighters Pension And Retirement System v. Fortinet, Inc., et al.*, 3:25-cv-08037-AMO (N.D. Cal.), which was originally filed by Bleichmar Fonti & Auld LLP;

Exhibit 4:    Press release issued by L&K on October 7, 2025 related to *Sandoval v. Charter Communications, Inc. et al*, 1:25-cv-06747 (S.D.N.Y.), which was originally filed by Shamis & Gentile, P.A. and Edelsberg Law, P.A.

Exhibit 5:    Press release issued by L&K on October 8, 2025 related to *Ho v. Savara Inc., et al.*, 2:25-cv-05147 (E.D. Pa.). which was originally filed by Pomerantz LLP.

Exhibit 6:    Press release issued by L&K on October 7, 2025 related to *Sarti v. Dow Inc. et al*, 1:25-cv-12744 (E.D. Mich.), which was originally filed by Pomerantz LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 13th day of October, 2025.

3

/s/Laurence M. Rosen

Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION– 2:25-cv-06869-SVW-PVC

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On October 13, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT JIMMY CLEVELAND WHITE'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 13, 2025.

/s/Laurence M. Rosen

Laurence M. Rosen

5