# Exhibit 1

Exhibit 1
006

Back to the Newsroom

   



# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Nutex Health Inc. (NUTX)

Tuesday, 07 October 2025 10:42 AM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / October 7, 2025 /** If you suffered a loss on your **Nutex Health Inc.** (NASDAQ:NUTX) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/nutex-health-inc-lawsuit-submission-form?prid=171181&wire=1&utm_campaign=24

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Nutex Health Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between August 8, 2024 and August 14, 2025.



Exhibit 1
007

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) HaloMD, a third-party IDR vendor, was achieving lucrative arbitration results for Nutex by engaging in a coordinated scheme to defraud insurance companies; (ii) as a result, to the extent that they were the product of fraudulent conduct, revenues attributable to the Company's engagement with HaloMD in the IDR process were unsustainable; (iii) in addition, the Company overstated the extent to which it had remediated, and/or its ability to remediate, the material weaknesses in its internal controls over financial reporting; (iv) as a result, the Company was unable to effectively account for the treatment of certain of its stock based compensation obligations; (v) as a result, Nutex improperly calculated these stock based compensation obligations as equity rather than liabilities; (vi) the foregoing increased the risk that the Company would be unable to timely file certain financial reports with the SEC; (vii) accordingly, Nutex's business and/or financial prospects were overstated; and (viii) as a result, defendants' public statements were materially false and misleading at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Nutex Health Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/nutex-health-inc-lawsuit-submission-form?prid=171181&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 1
008