# Exhibit 2

Exhibit 2
009

Contact Us ✉

**Back to the Newsroom**

   



# KLC ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against KinderCare Learning Companies, Inc. - October 14, 2025 Deadline

Tuesday, 07 October 2025 11:32 AM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / October 7, 2025 /** If you suffered a loss on your **KinderCare Learning Companies, Inc.** (NYSE:KLC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/kindercare-learning-companies-inc-lawsuit-submission-form?prid=171194&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of all purchasers of KinderCare common stock in or traceable to the Company's October 2024 initial public offering

Exhibit 2
010

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (a) numerous incidents of child abuse, neglect, and harm had occurred at KinderCare facilities; (b) KinderCare did not provide the "highest quality care possible" at its facilities, and, indeed, in numerous instances had failed to provide even basic care, meet minimum standards in the child care industry, or comply with the laws and regulations governing the care of children; and (c) as a result of (a)-(b) above, KinderCare was exposed to a material, undisclosed risk of lawsuits, adverse regulatory action, negative publicity, reputational damage, and business loss.

**WHAT'S NEXT?** If you suffered a loss in KinderCare Learning Companies, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/kindercare-learning-companies-inc-lawsuit-submission-form?prid=171194&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP





Solutions

Public Relations Products

Investor Relations Products

All Access

Public Companies

Access PR Platform

Access IR Platform

All Access

Exhibit 2
011