# Exhibit 3

Exhibit 3
012

ACCESS
newswire

Products        Solutions        Pricing        Professional Services        Resources        Newsroom        PR SEO program        Submit a Press Release        Login

Contact Us

Back to the Newsroom








# FTNT ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Fortinet, Inc. - November 21, 2025 Deadline

Wednesday, 08 October 2025 07:30 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / October 8, 2025 /** If you suffered a loss on your **Fortinet, Inc.** (NASDAQ:FTNT) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/fortinet-inc-lawsuit-submission-form?prid=171375&wire=1&utm_campaign=26

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Fortinet, Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between November 8, 2024 and August 6, 2025.

Exhibit 3
013

**CASE DETAILS:** According to the filed complaint, defendants made false statements and/or concealed that defendants knew that the refresh cycle would never be as lucrative as they represented, nor could it, because it consisted of old products that were a "small percentage" of the Company's business. Moreover, defendants misrepresented and concealed that they did not have a clear picture of the true number of FortiGate firewalls that could be upgraded. And while telling investors that the refresh would gain momentum over the course of two years, Fortinet misrepresented and concealed that it had aggressively pushed through roughly half of the refresh in a period of months, by the end of 2Q 2025.

**WHAT'S NEXT?** If you suffered a loss in Fortinet, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/fortinet-inc-lawsuit-submission-form?prid=171375&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

