# Exhibit 4

Exhibit 4
015

Products    Solutions    Pricing    Professional Services    Resources    Newsroom    Pr-EDU program    Submit a Press Release

Login

Contact Us

Back to the Newsroom





# Recover Investment Losses: Levi & Korsinsky Files Class Action Against Charter Communications, Inc. (CHTR)

Tuesday, 07 October 2025 05:45 PM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / October 7, 2025 /** If you suffered a loss on your **Charter Communications, Inc.** (NASDAQ:CHTR) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/charter-communications-inc-lawsuit-submission-form?prid=171242&wire=1&utm_campaign=24

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of all persons and entities who purchased or otherwise acquired Charter securities, purchased call options on Charter common stock, or sold put options on Charter common stock, between July 26, 2024, and July 24, 2025, inclusive.

Exhibit 4
016

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) the impact of the Affordable Connectivity Program (ACP) end was a material event the Company was unable to manage or promptly move beyond; (ii) the ACP end was actually having a sustaining impact on Internet customer declines and revenue; (iii) neither was the Company executing broader operations in a way that would compensate for, or overcome the impact, of the ACP ending; (iv) the Internet customer declines and broader failure of Charter's execution strategy created much greater risks on business plans and earnings growth than reported; (v) accordingly, the Company had no reasonable basis to state the Company was successfully executing operations, managing causes of Internet customer declines, or provide overly optimistic statements about the long term trajectory of the Company and EBITDA growth; and (iv) as a result of the foregoing, defendants materially misled with, and/or lacked a reasonable basis for, their positive statements about the Company's business, operations, outlook during the Class Period.

**WHAT'S NEXT?** If you suffered a loss in Charter Communications, Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/charter-communications-inc-lawsuit-submission-form?prid=171242&wire=1&utm_campaign=24 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 4
017