# Exhibit 5

Exhibit 5
018

ACCESS newswire

Products    Solutions    Pricing    Professional Services    Resources    Newsroom    PR FDU program    Submit a Press Release

Login

Contact Us

Back to the Newsroom

   



# SVRA ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Savara Inc. - November 7, 2025 Deadline

Wednesday, 08 October 2025 08:30 PM

Topic: Class Action

**NEW YORK, NY / ACCESS Newswire / October 8, 2025 /** If you suffered a loss on your **Savara Inc.** (NASDAQ:SVRA) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

[https://zlk.com/pslra-1/savara-inc-lawsuit-submission-form?prid=171383&wire=1&utm_campaign=26](https://zlk.com/pslra-1/savara-inc-lawsuit-submission-form?prid=171383&wire=1&utm_campaign=26)

or contact Joseph E. Levi, Esq. via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Savara Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between March 4, 2024 and May 23, 2025.

Exhibit 5
019

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) MOLBREEVI BLA, the treatment of pulmonary alveolar proteinosis, lacked sufficient information regarding MOLBREEVI's chemistry, manufacturing, and/or controls; (ii) accordingly, FDA was unlikely to approve the MOLBREEVI BLA in its current form; (iii) foregoing made it unlikely that Savara would complete its submission of the MOLBREEVI BLA within the timeframe it had represented to investors; (iv) delay in MOLBREEVI's regulatory approval increased the likelihood that the Company would need to raise additional capital; and (v) as a result, defendants' public statements were materially false and misleading at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Savara Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/savara-inc-lawsuit-submission-form?prid=171383&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP





Exhibit 5
020