# Exhibit 6

Exhibit 6
021



Back to the Newsroom

   



# DOW ALERT: Levi & Korsinsky Files Securities Fraud Class Action Against Dow Inc. - October 28, 2025 Deadline

Tuesday, 07 October 2025 11:19 AM

Topic: **Class Action**

**NEW YORK, NY / ACCESS Newswire / October 7, 2025 /** If you suffered a loss on your **Dow Inc.** (NYSE:DOW) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

[https://zlk.com/pslra-1/dow-inc-lawsuit-submission-form?prid=171191&wire=1&utm_campaign=26](https://zlk.com/pslra-1/dow-inc-lawsuit-submission-form?prid=171191&wire=1&utm_campaign=26)

Exhibit 6
022



or contact Joseph E. Levi, Esq. via email at or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** A class action securities lawsuit was filed against Dow Inc. that seeks to recover losses of shareholders who were adversely affected by alleged securities fraud between January 30, 2025 and July 23, 2025.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (i) Dow's ability to mitigate macroeconomic and tariff-related headwinds, as well as to maintain the financial flexibility needed to support its lucrative dividend, was overstated; (ii) the true scope and severity of the foregoing headwinds' negative impacts on Dow's business and financial condition was understated, particularly with respect to competitive and pricing pressures, softening global sales and demand for the Company's products, and an oversupply of products in the Company's global markets; and (iii) as a result, defendants' public statements were materially false and misleading at all relevant times.

**WHAT'S NEXT?** If you suffered a loss in Dow Inc. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/dow-inc-lawsuit-submission-form?prid=171191&wire=1&utm_campaign=26 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP

Exhibit 6
023