## DECLARATION OF FERDINAND AGGENBACH IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Ferdinand Aggenbach, declare as follows pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action against Sable Offshore Corp. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I currently reside in Bakersfield, California. I have a Bachelor's degree in Electrical Engineering that I obtained from Central University of Technology in South Africa. I presently work as a Senior Systems Analyst for DCOR LLC, a private company in the offshore and onshore oil and gas production industry. I have been investing in the stock market for approximately 21 years.

3. Prior to seeking appointment as lead plaintiff in the Action, I communicated with my attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

4. I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment instead of remain an absent class member.

5. I also understand that Levi & Korsinsky, LLP did not originally commence this action. However, I chose to retain my current attorneys after speaking with them and learning about their qualifications in the area of securities fraud litigation.

6. After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf.

I am both capable and qualified to serve as the lead plaintiff. By virtue of my significant financial interest in the resolution of the action (which includes losses incurred on behalf of my spouse and two children), I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on:

10/13/2025

Date

Signature                                    Clear

Ferdinand. O. Aggenbach

Name