**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Ferdinand Aggenbach*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,<br><br>Defendants. | No.: 2:25-cv-06869-SVW-PVC<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: October 27, 2025<br>Time: 1:30 p.m.<br>Courtroom: #10A |

I, Adam M. Apton, hereby declare as follows:

1.    I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Ferdinand Aggenbach and proposed Lead Counsel for the Class.

2.    I submit this Supplemental Declaration, together with the attached exhibits, in further support of Mr. Aggenbach's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

3.    Attached hereto as the exhibits are true and correct copies of the following press releases:

**Exhibit A**: "Sable Offshore Corp. Class Action: Levi & Korsinsky Reminds Sable Offshore Corp. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of September 26, 2025 – SOC" (Sept. 5, 2025)

**Exhibit B**: "Class Action Alert: Levi & Korsinsky Reminds Sable Offshore Corp. (SOC) Investors of September 26, 2025 Deadline" (Sept. 8, 2025)

**Exhibit C**:  "Investors in Sable Offshore Corp. (SOC): Protect Your Rights - Contact Levi & Korsinsky Before September 26, 2025" (Sept. 12, 2025)

**Exhibit D**: "SOC LAWSUIT ALERT: Levi & Korsinsky Notifies Sable Offshore Corp. Investors - Lead Plaintiff Deadline September 26, 2025" (Sept. 15, 2025)

**Exhibit E**: "September 26, 2025 Deadline Approaching: Join Class Action Against Sable Offshore Corp. (SOC) - Contact Levi & Korsinsky" (Sept. 18, 2025)

**Exhibit F**: "Lost Money on Sable Offshore Corp. (SOC)? Contact Levi & Korsinsky to Join Class Action Before September 26, 2025" (Sept. 21, 2025)

**Exhibit G**: "Class Action Filed Against Sable Offshore Corp. (SOC) Over

SUPPLEMENTAL DECLARATION OF ADAM M. APTON
Case No. 2:25-cv-06869-SVW-PVC

Securities Violations - Contact Levi & Korsinsky Today" (Sept. 25, 2025)

**Exhibit H**:   "Levi & Korsinsky Notifies Sable Offshore Corp. (SOC) Investors - Lead Plaintiff Deadline on September 26, 2025" (Sept. 26, 2025)

I declare under penalty of perjury under that the foregoing facts are true and correct. Executed this 13th day of October 2025.

*/s/ Adam M. Apton*
Adam M. Apton