# EXHIBIT A

# Sable Offshore Corp. Class Action: Levi & Korsinsky Reminds Sable Offshore Corp. Investors of the Pending Class Action Lawsuit with a Lead Plaintiff Deadline of September 26, 2025 - SOC

**PRN** **prnewswire.com**/news-releases/sable-offshore-corp-class-action-levi--korsinsky-reminds-sable-offshore-corp-investors-of-the-pending-class-action-lawsuit-with-a-lead-plaintiff-deadline-of-september-26-2025--soc-302547187.html

Levi & Korsinsky, LLP                                                                 September 5, 2025



NEW YORK, Sept. 5, 2025 /PRNewswire/ -- Levi & Korsinsky, LLP notifies investors in **Sable Offshore Corp.** ("Sable Offshore Corp." or the "Company") (NYSE: SOC) of a class action securities lawsuit.

**CLASS DEFINITION:** The lawsuit seeks to recover losses on behalf of Sable Offshore Corp. investors who were adversely affected by alleged securities fraud. This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering. Follow the link below to get more information and be contacted by a member of our team:

https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=165259&wire=4

**SOC** investors may also contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants

statements about Sables business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

**WHAT'S NEXT?** If you suffered a loss in Sable Offshore Corp. during the relevant time frame, you have until **September 26, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**NO COST TO YOU:** If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

SOURCE Levi & Korsinsky, LLP

## WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?

440k+
Newsrooms &
Influencers

9k+
Digital Media
Outlets

270k+

Journalists

Opted In

GET STARTED