# EXHIBIT C

# Investors in Sable Offshore Corp. (SOC): Protect Your Rights - Contact Levi & Korsinsky Before September 26, 2025

**accessnewswire.com**/newsroom/en/business-and-professional-services/investors-in-sable-offshore-corp.-soc-protect-your-rights-contac-1072463

Levi & Korsinsky, LLP



Friday, 12 September 2025 01:22 PM

Topic:

**Class Action**

**NEW YORK, NY / ACCESS Newswire / September 12, 2025 /** If you suffered a loss on your **Sable Offshore Corp.** (NYSE:SOC) investment and want to learn about a potential recovery under the federal securities laws, follow the link below for more information:

https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=167031&wire=1&utm_campaign=11

or contact Joseph E. Levi, Esq. via email at jlevi@levikorsinsky.com or call (212) 363-7500 to speak to our team of experienced shareholder advocates.

**THE LAWSUIT:** This lawsuit is on behalf of persons or entities who purchased or otherwise acquired publicly traded Sable Offshore securities between May 19, 2025 and June 3, 2025, inclusive, and/or pursuant and/or traceable to the Company's May 21, 2025 secondary public offering.

**CASE DETAILS:** The filed complaint alleges that defendants made false statements and/or concealed that: (1) defendants represented that Sable Offshore Corp. had restarted oil production off the coast of California when it had not; and (2) as a result, defendants statements about Sables business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

**WHAT'S NEXT?** If you suffered a loss in Sable Offshore Corp. stock during the relevant time frame - even if you still hold your shares - go to https://zlk.com/pslra-1/sable-offshore-corp-lawsuit-submission-form?prid=167031&wire=1&utm_campaign=11 to learn about your rights to seek a recovery. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, Levi & Korsinsky LLP has established itself as a nationally-recognized securities litigation firm that has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. The firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States. Attorney Advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
https://zlk.com/

**SOURCE:** Levi & Korsinsky, LLP