UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | 2:25-cv-06869-SVW-PVC | **Date:** | October 27, 2025 |
| **Title:** | Tracy Johnson v. Sable Offshore Corp. et al | | |

**Present: The Honorable** STEPHEN V. WILSON, United States District Judge

| Daniel Tamayo | C/S 10-27-25 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Adam Apton | Lauren Barnette |
| Phillip Kim | Nikki Long |
| William Brody | |
| Adam Rosen | |
| Brian Schall | |

**Proceedings:**   MOTION for Appointment of Counsel and Appointment of Lead Plaintiff filed by Movant Ferdinand Aggenbach [36]

MOTION for Appointment of Counsel and Appointment of Lead Plaintiff filed by Movant Christoph Ludwig [40]

MOTION for Appointment of Counsel and Appointment of Lead Plaintiff filed by Movant Jimmy Cleveland White [44]

Case called. For the reasons stated on the record, the Court ORDERS the following:

- The Motions for Appointment (dockets [36] and [40]) are **DENIED.**
- The Motion for Appointment (docket [44]) is **GRANTED IN PART and DENIED IN PART;** The Rosen Firm is appointed as lead counsel **ONLY.**

: 30

CV-90 (12/02)   CIVIL MINUTES - GENERAL   Initials of Deputy Clerk DTA

- The Plaintiff has 14 days from this Order **(November 10, 2025)** to file their Amended Complaint.
- The Defendant's will have 14 days after the Amended Complaint **(November 24, 2025)** is filed to file their Motion to Dismiss.
- The Plaintiff's Opposition is due by December 1, 2025.
- The Defendant's Reply is due by December 8, 2025.
- The Motion hearing will be set for **January 5, 2026, at 1:30 p.m.**