# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TRACY JOHNSON, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

SABLE OFFSHORE CORP., JAMES C. FLORES, GREGORY D. PATRINELY, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TD SECURITIES (USA) LLC, THE BENCHMARK COMPANY, LLC, JOHNSON RICE & COMPANY, L.L.C., PEP ADVISORY LLC, ROTH CAPITAL PARTNERS, LLC, and TUOHY BROTHERS INVESTMENT RESEARCH, INC.,

Defendants.

Case No.  2:25-cv-06869-SVW-PVC

**[PROPOSED] ORDER GRANTING DEFENDANTS SABLE OFFSHORE CORP., JAMES C. FLORES, AND GREGORY D. PATRINELY'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ASCTION COMPLAINT**

Hon. Stephen V. Wilson

This matter is before the Court on Defendants Sable Offshore Corp., James C. Flores, and Gregory D. Patrinely's Request for Judicial Notice and Incorporation by Reference in Support of the Motion to Dismiss the Amended Class Action Complaint ("Request for Judicial Notice").  After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Defendants Request for Judicial Notice should be granted.

Accordingly, IT IS HEREBY ORDERED that the Request for Judicial Notice is GRANTED, and the Court will consider Exhibits 1-11.

**IT IS SO ORDERED.**

Dated: _____, 2026    _____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

CASE NO. 2:25-cv-06869-SVW-PVC
[PROPOSED] ORDER GRANTING RJN IN
SUPPORT OF MOT. TO DISMISS COMPLAINT