# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., JAMES C. FLORES, and GREGORY D. PATRINELY,<br><br>Defendants. | Case No.  2:25-cv-06869-SVW-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SABLE OFFSHORE CORP., JAMES C. FLORES, AND GREGORY D. PATRINELY'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Stephen V. Wilson |

This matter is before the Court on Defendants Sable Offshore Corp., James C. Flores, and Gregory D. Patrinely's Request for Judicial Notice and Incorporation by Reference in Support of the Motion to Dismiss the Second Amended Class Action Complaint ("Request for Judicial Notice").  After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Defendants' Request for Judicial Notice should be granted.

Accordingly, IT IS HEREBY ORDERED that the Request for Judicial Notice is GRANTED, and the Court will consider Exhibits 1-16.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____
                                          HON. STEPHEN V. WILSON
                                          UNITED STATES DISTRICT JUDGE