UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-06869-SVW-PVC | Date: | February 23, 2026 |

| | |
|---|---|
| Title: | Tracy Johnson v. Sable Offshore Corp. et al |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | c/s 2-23-2026 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Daniel Tyre-Karp | Colleen C. Smith |
| | Kristin Nicole Murphy |
| | Lauren Barnette |

**Proceedings:** ZOOM - MOTION to Dismiss Case (Second Amended Class Action Complaint) filed by Defendants [81]

    Case called. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.